IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| TILNESHA PRITCHETT, | ) | Case No. 4:07CV00055 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is the Report and Recommendation of the United States Magistrate Judge recommending that the Commissioner's Motion for Summary Judgment be granted, the Commissioner's final decision be affirmed, and the case be dismissed from the docket of this court. This Report was filed on November 3, 2008, from which the parties had ten (10) days to file objections. No objections were filed. Accordingly, it is this day **ADJUDGED** and **ORDERED** that the Report and Recommendation shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's Motion for Summary Judgment is **GRANTED**, the Commissioner's final decision is hereby **AFFIRMED**, and this action is **DISMISSED** from the docket of this court.

The Clerk is directed to send a copy of this Order to all counsel of record as well as to Magistrate Judge Crigler.

ENTERED this 21st day of November, 2008.

s/Jackson L. Kiser
Senior United States District Judge